DEFENDANTS PRO SE MOTION FOR EARLY TERMINATION OF PROBATION.



FILED BY _____ D.C.

MAR 1 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

STATE OF FLORIDA

V.
RYAN BLAKE POST
Defendant

Date placed on probation 6/2023
Probation officer : Kendra  Schofield-Bailey (786) 261-8671

I am Ryan Blake Post coming to Judge Rosenberg in request for early termination of my probation. I reside at 502 Worthmore Dr. Lake Worth Beach Florida 33460. I also requested and let it be known to my probation officer I was entering my request.

I have been on probation for 21 months to date. I have had Zero issues since my release. I have been a law abiding citizen since day one of my release. I've been employed since my second week out of prison. I've maintained a job , renting a home, building new relationships with my daughters and passed multiple drug screenings. As well as random check ups have all been successful. I am not a threat to society nor have any intention in my soul to ever break another law. I haven't had one run in with police not even a speeding ticket.

Reasons  I'm requesting this early termination. Most importantly my daughters live in Jacksonville and I'd love to be able to just spur of moment on weekends just go pop in on them or take them places and not have to plan it two weeks in advance and check in beforehand. I'd love to put my mistakes and this chapter of my life behind me. I did 8 years in prison and didn't get in trouble once. Zero write ups and all the way to date no issues out of me. I made very poor choices am remorseful and did my time the very best way bettering myself programming and have continued to show my character since being home and on probation. I am asking you Judge to please consider my request based on all the facts above and my overall track record of doing right. I just want to move on from this all and be more present in my daughter's lives.

I am positive my probation officer will attest to my character and conduct from day one. Thank you for taking the time to read and consider my request kindly

God bless , Peace be with you
Ryan Post
728-200-1828
Ryan.post88@icloud.com

RyAN Post
502 WORTHMORE DR APT#2
LAKE WORTH, FL
33460

CASE NO. 915-CR-80055

WEST PALM BCH FL 334

10 MAR 2025 PM 1



Keep Safety in View as We Drive for You!

Awareness

FOREVER / USA

JUDGE ROBIN L. ROSENBERG
701 CLEMATIS STREET
WEST PALM BEACH, FL
33401

33401-510199

INSPECTED

BACK side
is Blank (RLP)